FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-21-00431-CV

**IN RE** Joaquin **MILIAN**, Individually and d/b/a Milian Trucking,
Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 20-02-38509-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Relator's petition for writ of mandamus and motion for temporary relief are denied. An opinion will be forthcoming.

It is so **ORDERED** on October 7, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT